■■ In the Matter of POLLYANNA M.P., Respondent, v EDWARD A.E., SR., Appellant. [825 NYS2d 390]—Appeal from an order of the Family Court, Onondaga County (David G. Klim, J.), entered January 27, 2006 in a proceeding pursuant to Family Court Act article 4. The order, among other things, granted the petition and awarded custody of the parties' child to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in amended decision at Family Court. Present—Martoche, J.P., Smith, Centra and Green, JJ.